AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Eric Glen Harrower<br><br>*Defendant* | ) Case No. 23-mj-155<br>) Assigned To: Magistrate Judge Zia M. Faruqui<br>) Date Assigned: 7/6/2023<br>) Description: Complaint with Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **Eric Glen Harrower**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 07/06/2023

*Issuing officer's signature*

Zia M. Faruqui
2023.07.06 16:56:35 -04'00'

City and state:  Washington, D.C.          Zia M. Faruqui
*Printed name and title*

### Return

This warrant was received on *(date)* 07/06/2023, and the person was arrested on *(date)* 07/07/2023
at *(city and state)* St. Louis, Missouri.

Date: 07/07/2023

*Arresting officer's signature*

Daviante Johnson, Special Agent
*Printed name and title*